IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF PALANTIR TECHNOLOGIES INC. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS<br><br>Palantir Technologies Inc.<br>1555 Blake Street, Suite 250<br>Denver, CO 80202<br>         Applicant | Case: 1:22−mc−00047<br>Assigned To : Kollar−Kotelly, Colleen<br>Assign. Date : 5/4/2022<br>Description: Misc.<br><br>Civil Action No. |

**PALANTIR TECHNOLOGIES INC.'S
APPLICATION FOR AN ORDER PURSUANT TO
<u>28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS</u>**

Based upon the accompanying Memorandum of Points and Authorities, and Declarations of Wolrad Prinz zu Waldeck und Pyrmont, Simone Kämpfer and David Y. Livshiz and the Exhibits attached thereto, Applicant Palantir Technologies Inc., through its attorneys, hereby respectfully requests this Court grant this Application pursuant to 28 U.S.C. § 1782 and (i) permit the issuance of the subpoenas on Williams & Connolly LLP, Barry S. Simon, Esq. and Stephen L. Wohlgemuth, Esq. (together, "Williams & Connolly") attached as Exhibits 1, 2 and 3 to the Declaration of David Y. Livshiz, (ii) order Williams & Connolly LLP to produce said documents within 14 days of service of the subpoena, (iii) order Barry S. Simon and Stephen L. Wohlgemuth to provide deposition testimony prior to July 13, 2022, and (iv) grant such other and further relief as the Court deems just and proper.  A proposed order is attached herein.

DATED: May 4, 2022

        FRESHFIELDS BRUCKHAUS
        DERINGER US LLP

        */s/ David Y. Livshiz*
        David Y. Livshiz
        Olivia P. Greene*
        Wang Jae Rhee*
        Robert G. M. Barton*
        Matthew S. Rublin*
        david.livshiz@freshfields.com
        olivia.greene@freshfields.com
        wangjae.rhee@freshfields.com
        robert.barton@freshfields.com
        matthew.rublin@freshfields.com

        601 Lexington Avenue, 31st Floor
        New York, New York 10022
        Tel: (212) 277-4000
        Fax: (212) 277-4001

        **Pro hac vice* applications forthcoming*

        *Attorneys for Applicant*
        *Palantir Technologies Inc.*