**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE APPLICATION OF PALANTIR
TECHNOLOGIES INC. FOR AN ORDER
PURSUANT TO 28 U.S.C. § 1782 TO
OBTAIN DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS

Civil Action No. 1:22-mc-00047-RMM

**NOTICE OF WITHDRAWAL OF COUNSEL**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.6(b), Olivia P. Greene hereby respectfully withdraws her appearance as counsel for Applicant Palantir Technologies Inc. in the above-captioned case.  David Y. Livshiz, Wang Jae Rhee, Robert G. M. Barton, and Matthew S. Rublin of Freshfields Bruckhaus Deringer US LLP, all whom have already noticed appearances, will continue to represent Palantir.

Dated:  August 2, 2022      By:      /s/  Olivia P. Greene
       New York, NY                 Olivia P. Greene (*pro hac vice*)
                               601 Lexington Avenue
                               31st Floor
                               New York, NY 10022
                               +1 (202) 277-4000
                               olivia.greene@freshfields.com